UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KENDRA LYLES,
    Plaintiff,
v.                                                                          Case No. 3:25-cv-209-HES-PDB

BLUE PEAK REALTY LLC ETC.,
    Defendants.

---

KENDRA LYLES,
    Plaintiff,

v.                                                                          Case No. 3:25-cv-216-HES-PDB

AUDREY MCKIBBIN MORAN,
    Defendant.

---

KENDRA LYLES,
    Plaintiff,

v.                                                                          Case No. 3:25-cv-217-HES-PDB

DDS INVESTMENTS LLC,
    Defendant.

---

O R D E R

This matter is before this Court on the United States Magistrate Judge's Report and Recommendation (Dkt. 5), which recommends dismissing each of these actions for Plaintiff's failure to comply with a court order. Plaintiff was advised about filing timely objections to the Report and Recommendation and the impact

those objections would have on this Court's review.

In case 3:25-cv-217, Plaintiff filed a "Motion to Reopen/Stricken order Transfer Magistrate Demand Schedule Fair Jury Trial Hearing Before 01/16/2026 Calendar Date" (Dkt. 9). This pleading, far from an objection to the Report and Recommendation, appears to be Plaintiff's attempt to create a court order. In any case, Plaintiff's pleading raises no objections to the Report and Recommendation. Therefore, after an independent review of the record and upon consideration of the Report and Recommendation, this Court fully adopts the Report and Recommendation.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 11) is **ADOPTED**;

2. These actions 3:25-cv-209-HES-PDB, 3:25-cv-216-HES-PDB, and 3:25-cv-217-HES-PDB are dismissed without prejudice; and

3. The Clerk is directed to terminate all pending motions and close these files.

**DONE AND ORDERED** at Jacksonville, Florida, this _18_ day of September 2025.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Patricia D. Barksdale
Kendra Lyles, *Pro Se*

Copies to:
Hon. Patricia D. Barksdale
Kendra Lyles, *Pro Se*